FORM 4

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AUXIN SOLAR, INC. AND CONCEPT CLEAN ENERGY, INC.<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES; UNITED STATES DEPARTMENT OF COMMERNCE; GINA M. RAIMONDO, SECRETARY OF COMMERCE; UNITED STATES CUSTOMS AND BORDER PROTECTION; AND TROY A. MILLER, UNITED STATES CUSTOMS AND BORDER PROTECTION ACTING COMMISSIONER,<br><br>　　　　　　　　　　Defendants. | **SUMMONS**<br><br>Court. No. 23-00274 |

**TO:** The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

　　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　Clerk of the Court

_____
Signature of Plaintiffs' Attorney

　　　December 29, 2023　　　　　　　　　Thomas M. Beline
　　　　　　Date　　　　　　　　　　　　　**Cassidy Levy Kent (USA) LLP**
　　　　　　　　　　　　　　　　　　　　　900 19th Street, NW, Suite 400
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　　Phone: (202) 567-2316
　　　　　　　　　　　　　　　　　　　　　tbeline@cassidylevy.com

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.