IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:      THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| AUXIN SOLAR, INC., and CONCEPT CLEAN ENERGY, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES; UNITED STATES DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, SECRETARY OF COMMERCE; UNITED STATES CUSTOMS AND BORDER PROTECTION; AND TROY A. MILLER, UNITED STATES CUSTOMS AND BORDER PROTECTION ACTING COMMISSIONER,<br><br>        Defendants. | Court No. 23-00274 |

JOINT STIPULATION IN LIEU OF PRELIMINARY INJUNCTION

The undersigned counsel for plaintiffs, Auxin Solar, Inc., and Concept Clean Energy, Inc., and defendants, United States, United States Department of Commerce (Commerce), Secretary of Commerce Gina M. Raimondo, United States Customs and Border Protection (CBP), and Acting CBP Commissioner Troy A. Miller, hereby stipulate as follows:

1.      With respect to entries of merchandise determined by Commerce to be circumventing in *Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China:  Final Scope Determination and Final Affirmative Determinations of Circumvention With Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Dep't of Commerce Aug. 23, 2023), and for which liquidation was not suspended and cash deposits were not collected pursuant to *Procedures Covering Suspension of Liquidation, Duties and Estimated*

*Duties in Accord With Presidential Proclamation 10414*, 87 Fed. Reg. 56,868 (Sept. 16, 2022), plaintiffs argue that, if they ultimately prevail upon the merits, the Court has the power to enter an order directing the United States to reliquidate such entries.

2.      Defendants stipulate that, if the Court does not dismiss this case for lack of jurisdiction, they do not and will not oppose plaintiffs' argument about the Court's authority to order reliquidation of entries that remain unliquidated as of the date when the Court rules on this stipulation, even though defendants disagree with plaintiffs regarding the merits and appropriateness of granting injunctive relief.  Defendants reserve the right to make arguments regarding whether the Court should order reliquidation as a remedy in the event that plaintiffs prevail on the merits.

3.      Plaintiffs respectfully request that the Court enter the accompanying proposed order providing that, if plaintiffs ultimately prevail upon the merits, the Court has the power to order reliquidation of entries that remain unliquidated as of the date that the Court enters an order upon this stipulation.  Plaintiffs reserve the right to make arguments regarding whether the Court should exercise its remedial powers concerning any entries that were liquidated prior to the date the Court enters an order upon this stipulation.

4.      Upon entry of the accompanying proposed order, plaintiffs' motion for preliminary injunction (ECF Nos. 8, 15) will become moot.

[REMAINING SPACE ON THIS PAGE LEFT BLANK]

Respectfully submitted,

 s/ Thomas M. Beline
THOMAS M. BELINE
JAMES E. RANSDELL
CHASE J. DUNN
Cassidy Levy Kent (USA) LLP
900 19th Street, NW, Suite 400
Washington, D.C. 20006
Phone: (202) 567-2316

Attorneys for Plaintiffs

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

 s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

Of Counsel:

SPENCER NEFF
Attorney
Office of the Chief Counsel for
    Trade Enforcement and Compliance
United States Department of Commerce

EMMA L. TINER
Attorney
Office of the Assistant Chief Counsel
U.S. Customs and Border Protection

January 25, 2024

s/ Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-9303

Attorneys for Defendants

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:    THE HONORABLE TIMOTHY M. REIF, JUDGE

|  |  |  |
|---|---|---|
| AUXIN SOLAR, INC., and CONCEPT CLEAN ENERGY, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Court No. 23-00274 |
| UNITED STATES; UNITED STATES DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, SECRETARY OF COMMERCE; UNITED STATES CUSTOMS AND BORDER PROTECTION; AND TROY A. MILLER, UNITED STATES CUSTOMS AND BORDER PROTECTION ACTING COMMISSIONER, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

ORDER

Upon consideration of plaintiffs' and defendants' joint stipulation in lieu of preliminary injunction, and all other papers and proceedings had in this action, and upon due deliberation, it is hereby:

ORDERED that, with respect to entries of merchandise determined by the Department of Commerce to be circumventing in *Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China:  Final Scope Determination and Final Affirmative Determinations of Circumvention With Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Dep't of Commerce Aug. 23, 2023), and for which liquidation was not suspended and cash deposits were not collected pursuant to *Procedures Covering Suspension of Liquidation, Duties and Estimated Duties in Accord With Presidential Proclamation 10414*, 87 Fed. Reg. 56,868 (Sept. 16, 2022), if

Court No. 23-274

plaintiffs ultimately prevail upon the merits, the Court has the power to order reliquidation of entries that remain unliquidated as of the date of this order; and it is further

ORDERED that plaintiffs' motion for preliminary injunction (ECF Nos. 8, 15) is denied as moot.

This order is without prejudice to the issues of whether plaintiffs ultimately will prevail upon the merits of their claims, whether the Court should exercise its remedial powers in the event that plaintiffs prevail on the merits, and whether the Court possesses any remedial powers with respect to entries liquidated prior to the date of this order.

SO ORDERED.


Dated: _____                    _____
      New York, NY                                        Timothy M. Reif, Judge