IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| AUXIN SOLAR, INC., and CONCEPT CLEAN ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES; UNITED STATES DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, SECRETARY OF COMMERCE; UNITED STATES CUSTOMS AND BORDER PROTECTION; AND TROY A. MILLER, UNITED STATES CUSTOMS AND BORDER PROTECTION ACTING COMMISSIONER, <br><br> Defendants. | Court No. 23-00274 |

## ORDER

Upon consideration of defendants' unopposed motion to suspend briefing upon plaintiffs' motion for preliminary injunction (ECF Nos. 8, 15), and all other papers and proceedings had in this action, and upon due deliberation, it is hereby ORDERED that the motion is granted, and all briefing upon plaintiffs' motion for preliminary injunction is hereby STAYED pending further order of the Court.

SO ORDERED.

Dated: January 29, 2024             /s/ Timothy M. Reif
       New York, NY                          Timothy M. Reif, Judge