**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE**

|  |  |
|---|---|
| AUXIN SOLAR INC. AND CONCEPT CLEAN ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES; UNITED STATES DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, SECRETARY OF COMMERCE; UNITED STATES CUSTOMS AND BORDER PROTECTION; AND TROY A. MILLER, UNITED STATES CUSTOMS AND BORDER PROTECTION ACTING COMMISSIONER, <br><br> Defendants. | Court. No. 23-00274 |

**PROPOSED SCHEDULING ORDER**

Upon consideration of the Response to Rule 16 Notice filed by Plaintiffs and Defendants, and all other papers and proceedings in this action, it is hereby:

**ORDERED** that the above-captioned action will proceed according to the following schedule:

- In the event the Court denies Defendants' Motion to Dismiss and finds subject matter jurisdiction under 28 U.S.C. § 1581(i) in this action, then no later than 14 days after the date of filing of Defendants' Answer, the Parties shall file with the Court a proposed schedule.

- If the parties are unable to agree, each party shall file a proposed schedule no later than 14 days after the date of filing of Defendants' Answer. Counsel shall then contact the Case Manager, Hugh Lewis, at Lewis_Hugh@cit.uscourts.gov,

1

*Auxin Solar Inc. v. United States*
Ct. No. 23-00274

with counsel for all other parties copied, no later than 15 days after the date of filing of Defendants' Answer, to schedule a conference call with Chambers to resolve the matters in dispute.

**SO ORDERED.**

Dated:   March 1, 2024                                            /s/ Timothy M. Reif
         New York, New York                                     Timothy M. Reif, Judge