**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE**

|  |  |  |
|---|---|---|
| AUXIN SOLAR INC. AND CONCEPT CLEAN ENERGY, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| UNITED STATES; UNITED STATES DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, SECRETARY OF COMMERCE; UNITED STATES CUSTOMS AND BORDER PROTECTION; AND TROY A. MILLER, UNITED STATES CUSTOMS AND BORDER PROTECTION ACTING COMMISSIONER, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) ) | |
| and | ) ) | |
| AMERICAN CLEAN POWER ASSOCIATION; CANADIAN SOLAR (USA) INC.; CANADIAN SOLAR INTERNATIONAL LIMITED; SOLAR ENERGY INDUSTRIES ASSOCIATION; JA SOLAR USA, INC.; JA SOLAR VIETNAM COMPANY LIMITED; JA SOLAR MALAYSIA SDN. BHD.; JA SOLAR INTERNATIONAL LIMITED; NEXTERA ENERGY, INC.; BYD (H.K.) CO., LTD.; BYD AMERICA LLC; INVENERGY RENEWABLES LLC; INVENERGY SOLAR EQUIPMENT MANAGEMENT LLC; TRINA SOLAR (U.S.) INC. TRINA SOLAR (VIETNAM) SCIENCE AND TECHNOLOGY CO., LTD.; TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED; TRINA SOLAR SCIENCE & TECHNOLOGY (THAILAND) LTD.; AND RISEN SOLAR TECHNOLOGY SDN. BHD., ET AL. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Court. No. 23-00274 |
| Defendant-Intervenors. | ) ) | |

**ORDER**

Upon consideration of Plaintiffs' Unopposed Partial Consent Motion to Enlarge Word Count on Reply, all responses thereto, and all other relevant papers and proceedings herein, it is hereby:

**ORDERED** that Plaintiffs' Unopposed Partial Consent Motion to Enlarge Word Count on Reply is **GRANTED**, and it is further;

**ORDERED** that Plaintiffs' reply to defendants' and defendant-intervenors' responses must not exceed 10,500 words, exclusive of the portions excluded from the word count by paragraph 2(B)(1)(c) of the Standard Chambers Procedures of the U.S. Court of International Trade.

**SO ORDERED.**

Date:_____          Signed:_____
     New York, New York                                          Timothy M. Reif, Judge

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE**

|  |  |
|---|---|
| AUXIN SOLAR INC. AND CONCEPT CLEAN ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES; UNITED STATES DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, SECRETARY OF COMMERCE; UNITED STATES CUSTOMS AND BORDER PROTECTION; AND TROY A. MILLER, UNITED STATES CUSTOMS AND BORDER PROTECTION ACTING COMMISSIONER, <br><br> Defendants, <br><br> and <br><br> AMERICAN CLEAN POWER ASSOCIATION; CANADIAN SOLAR (USA) INC.; CANADIAN SOLAR INTERNATIONAL LIMITED; SOLAR ENERGY INDUSTRIES ASSOCIATION; JA SOLAR USA, INC.; JA SOLAR VIETNAM COMPANY LIMITED; JA SOLAR MALAYSIA SDN. BHD.; JA SOLAR INTERNATIONAL LIMITED; NEXTERA ENERGY, INC.; BYD (H.K.) CO., LTD.; BYD AMERICA LLC; INVENERGY RENEWABLES LLC; INVENERGY SOLAR EQUIPMENT MANAGEMENT LLC; TRINA SOLAR (U.S.) INC. TRINA SOLAR (VIETNAM) SCIENCE AND TECHNOLOGY CO., LTD.; TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED; TRINA SOLAR SCIENCE & TECHNOLOGY (THAILAND) LTD.; AND RISEN SOLAR TECHNOLOGY SDN. BHD., ET AL. <br><br> Defendant-Intervenors. | Court. No. 23-00274 |

**PLAINTIFFS' UNOPPOSED PARTIAL CONSENT MOTION TO
ENLARGE WORD COUNT ON REPLY**

Pursuant to Rule 7 of the Rules of the United States Court of International Trade (the "Court" or "CIT") and Paragraph 2(B)(1)(c) of the Court's Standard Chambers Procedures Plaintiffs Auxin Solar Inc. and Concept Clean Energy, Inc. (together collectively, "Solar Plaintiffs") hereby move to enlarge the maximum word count for their reply to Defendants' and Defendant-Intervenors' responses from 7,000 words to 10,500 words, *i.e.*, an enlargement of 3,500 words or 50%. Solar Plaintiffs' reply is currently due to be filed on or before December 19, 2024. On December 17, 2024, Solar Plaintiffs' counsel contacted counsel for the other parties in this action concerning this request. Concerning the relief requested by Solar Plaintiffs, counsel indicated their respective positions as follows:

| Party/Parties | Responding Counsel | Position |
|---|---|---|
| Defendants United States; United States Department of Commerce; Gina M. Raimondo, Secretary of Commerce; United States Customs and Border Protection; Troy A. Miller, United States Customs and Border Protection Acting Commissioner | Douglas Edelschick | Consent |
| Defendant-Intervenors Invenergy Renewables LLC; Invenergy Solar Equipment Management LLC | Alex Schaefer | Consent |
| Defendant-Intervenors Trina Solar (U.S.) Inc., Trina Solar (Vietnam) Science and Technology Co., Ltd., Trina Solar Energy Development Company Limited, Trina Solar Science & Technology (Thailand) Ltd. | Jonathan Freed | Consent |
| Defendant-Intervenors NextEra Energy, Inc., Solar Energy Industries Association | Matthew Nicely | Consent |
| Defendant-Intervenors BYD (H.K.) Co., Ltd.; BYD America LLC | Craig Lewis | Take no position and defer to the Court |
| Defendant-Intervenors Canadian Solar (USA) Inc.; Canadian Solar International Limited | Jonathan Stoel | Take no position and defer to the Court |
| Defendant-Intervenors American Clean Power Association, JA Solar USA, Inc., JA Solar Vietnam Company Limited, JA Solar | Kristin Mowry | Take no position and defer to the Court |

2

| | | |
|---|---|---|
| Malaysia Sdn. Bhd., JA Solar International Limited | | |
| Defendant-Intervenors Boviet Solar Technology Co., Ltd., Boviet Solar USA, Ltd., and Risen Solar Technology Sdn. Bhd., | Alexandra Salzman | Take no position and defer to the Court |
| Defendant-Intervenors Jinko Solar (Malaysia) Sdn. Bhd., Jinko Solar (U.S.) Industries Inc., Jinko Solar Technology Sdn. Bhd., JinkoSolar (U.S.) Inc., JinkoSolar (Vietnam) Co., Ltd., JinkoSolar Holding Co., Ltd., JinkoSolar Investment Limited, Jinkosolar (Vietnam) Industries Company Limited, Jinkosolar Middle East DMCC, | Jordan Kahn | Take no position and defer to the Court |

The Court's Standard Chambers Procedures provide that leave to exceed the standard word limitations "will be freely given if the party shows good cause." SCP ¶2(B)(1)(c). Good cause exists here. At base, there is simply more to reply to than Solar Plaintiffs are able to fit into the default 7,000 word allotment. The Government's response brief numbered 13,825 words. *See* Defendant's Response to Plaintiffs' Motion for Judgment on the Agency Record, ECF Doc. 95 (Oct. 29, 2024) at 54. In addition, Slip Op. 24-58 granted leave for nine movants and consolidated movants to intervene in this action, instructing them to omit "duplicative arguments" from their response papers. *See* ECF Doc. 75 (May 9, 2024) at 44. Accordingly, the Scheduling Order in this action staggered the response briefing deadlines to permit Intervenors twenty-one days after the deadline for Defendants' response brief in which to prepare Intervenors' own response. *See* Scheduling Order, ECF Doc. 79 (June 3, 2024) at 2. Ultimately, true to the Court's instruction in Slip Op. 24-58, over half of Intervenors' consolidated response raises contentions distinct from those of the government. *See, e.g.*, Defendant-Intervenors' Response to Plaintiffs' Motion for Judgment on the Agency Record, ECF Doc. 96 (Nov. 19, 2024) at Sections II, III, V,

3

VII.  Adding to the volume, Intervenors' brief omits a statement of facts in favor of forty unbroken pages of argument.

Solar Plaintiffs have been working diligently to prepare their reply but find it infeasible to meaningfully address the many and varied arguments raised in both Defendants' and Defendant-Intervenors' response papers within the standard 7,000-word allotment.  For context, Solar Plaintiffs' request for 3,500 additional words in view of the need to address Intervenors' arguments is also functionally akin to the word count enlargement afforded for the Government's reply in view of the need to address additional *amicus* arguments in *In Re Section 301 Cases*. There, the Government was given a reply word count totaling half the plaintiffs' response brief, *plus* "up to half of total amicus words" across multiple briefs *amicus curiae*.  Scheduling Order, CIT Ct. No. 21-00052, ECF Doc. 275 (Apr. 13, 2021).

Good cause exists to grant Solar Plaintiffs' request to enlarge the word count, which is consistent with this Court's enlargement of word counts under analogous circumstances in prior cases under 28 U.S.C. § 1581(i).

*       *       *

Respectfully submitted,

/s/ Thomas M. Beline

Thomas M. Beline
Roop K. Bhatti
James E. Ransdell
Chase J. Dunn
Sydney C. Reed

**CASSIDY LEVY KENT (USA) LLP**
2112 Pennsylvania Ave. N.W.
Suite 300
Washington, D.C. 20037

Phone: (202) 567-2316
Fax: (202) 567-2301

*Counsel for Auxin Solar Inc. and Concept Clean Energy, Inc.*

December 17, 2024