UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **AUXIN SOLAR, INC., AND CONCEPT CLEAN ENERGY, INC.**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES, et al.**, <br><br> Defendants, <br><br> and <br><br> **AMERICAN CLEAN POWER ASSOCIATION, et al.**, <br><br> Defendant-Intervenors. | Before: Timothy M. Reif, Judge <br><br> Court No. 23-00274 |

## JUDGMENT

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now in conformity with that opinion, it is hereby

**ORDERED** that Plaintiffs' Rule 56.1 Motion for Judgment on the Agency Record is **GRANTED**; it is further

**ORDERED** that *Procedures Covering Suspension of Liquidation, Duties and Estimated Duties in Accord With Presidential Proclamation 10414*, 87 Fed. Reg. 56,868 (Dep't of Commerce Sept. 16, 2022), is **VACATED**; it is further

**ORDERED** that, within 20 days of the issuance of judgment in this action, Defendants shall publish notice of said vacatur in the Federal Register; it is further

**ORDERED** that Defendants shall promptly liquidate and collect antidumping and countervailing duties on any currently unliquidated entries found to be circumventing the

antidumping and countervailing duty orders on CSPV products from China in *Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention With Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Dep't of Commerce Aug. 23, 2023), for which the now-vacated *Procedures Covering Suspension of Liquidation, Duties and Estimated Duties in Accord With Presidential Proclamation 10414*, 87 Fed. Reg. 56,868 (Dep't of Commerce Sept. 16, 2022) were applied; and it is further

    **ORDERED** that, should any of the aforementioned entries be liquidated prior to the issuance of judgment in this action, Defendants shall promptly identify, collect any uncollected antidumping and countervailing duties on, and reliquidate all such entries.

                                                      /s/     Timothy M. Reif
                                                  Timothy M. Reif, Judge

Dated: <u>August 22, 2025</u>
       New York, New York