IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| AUXIN SOLAR, INC., and CONCEPT CLEAN ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES *et al.*; <br><br> Defendants, <br><br> and <br><br> AMERICAN CLEAN POWER ASSOCIATION, *et al.*, <br><br> Defendant-Intervenors. | Court No. 23-00274 |

## DEFENDANTS' NOTICE OF COMPLIANCE

Pursuant to the Court's instructions by letter dated August 22, 2025, defendants do not propose any redactions to the Court's confidential opinion of the same date.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

 s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

Of Counsel:

SPENCER NEFF
Attorney
Office of the Chief Counsel for
    Trade Enforcement and Compliance
United States Department of Commerce

 s/ Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Senior Trial Counsel
Commercial Litigation Branch

- 2 -

EMMA L. TINER  
Attorney  
Office of the Assistant Chief Counsel  
U.S. Customs and Border Protection  

August 28, 2025

Civil Division  
United States Department of Justice  
P.O. Box 480, Ben Franklin Station  
Washington, DC 20044  
Tel: (202) 353-9303  

Attorneys for Defendants