**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE**

| | |
|---|---|
| AUXIN SOLAR, INC., and CONCEPT CLEAN ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, et al., <br><br> Defendants, <br><br> and <br><br> AMERICAN CLEAN POWER ASSOCIATION, et al., <br><br> Defendant-Intervenors. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    **Court No. 23-00274** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEAL**

Notice is hereby given that the American Clean Power Association; Canadian Solar (USA)

Inc.; Canadian Solar International Limited; Solar Energy Industries Association; JA Solar USA,

Inc.; JA Solar Vietnam Company Limited; JA Solar Malaysia Sdn. Bhd.; JA Solar International

Limited; NextEra Energy, Inc.; BYD (H.K.) Co., Ltd.; BYD America LLC; Invenergy Renewables

LLC; Invenergy Solar Equipment Management LLC; Trina Solar (U.S.) Inc.; Trina Solar

(Vietnam) Science & Technology Co., Ltd.; Trina Solar Energy Development Company Limited;

Trina Solar Science & Technology (Thailand) Ltd.; Risen Solar Technology Sdn. Bhd.; Boviet

Solar Technology Co., Ltd.; Boviet Solar USA, Ltd.; Jinko Solar (U.S.) Industries Inc.; JinkoSolar

(U.S.) Inc.; Jinko Solar Technology Sdn. Bhd.; Jinko Solar (Malaysia) Sdn. Bhd.; JinkoSolar

(Vietnam) Co., Ltd.; JinkoSolar Holding Co., Ltd.; Jinkosolar Middle East DMCC; Jinkosolar

(Vietnam) Industries Company Limited; and JinkoSolar Investment Limited, Defendant-

Intervenors in the above-captioned action, hereby appeal to the United States Court of Appeals for

the Federal Circuit from the order and final judgment of the U.S. Court of International Trade

entered in this action, *Auxin Solar Inc. et al. v. United States et al.*, Ct. No. 23-274, on August 22,

2025 (Slip Op. 25-111) (ECF Nos. 115–116, 122, as amended by 124).

Respectfully submitted,

| | |
|---|---|
| Matthew R. Nicely | Jonathan T. Stoel |
| Daniel M. Witkowski | Michael G. Jacobson |
| Julia K. Eppard | Nicholas R. Sparks |
| **AKIN GUMP STRAUSS HAUER &** | Lindsay K. Brown |
| **FELD LLP** | **HOGAN LOVELLS US LLP** |
| 2001 K Street, N.W. | Columbia Square |
| Washington, DC 20006 | 555 Thirteenth Street, N.W. |
| (202) 887-4046 | Washington, DC 20004-1109 |
| mnicely@akingump.com | (202) 637-6634 |
| | jonathan.stoel@hoganlovells.com |
| *Counsel to NextEra Energy, Inc. and Solar* | |
| *Energy Industries Association* | *Counsel to Canadian Solar (USA) Inc. and* |
| | *Canadian Solar International Limited* |
| | |
| Craig A. Lewis | Jonathan M. Freed |
| Nicholas W. Laneville | Kenneth N. Hammer |
| Gregory M.A. Hawkins | MacKensie R. Sugama |
| **HOGAN LOVELLS US LLP** | **TRADE PACIFIC PLLC** |
| Columbia Square | 700 Pennsylvania Ave, SE |
| 555 Thirteenth Street, N.W. | Washington, DC 20003 |
| Washington, DC 20004-1109 | (202) 223-3760 |
| (202) 637-8613 | jfreed@tradepacificlaw.com |
| craig.lewis@hoganlovells.com | |
| | *Counsel for Trina Solar (U.S.), Inc., Trina* |
| *Counsel to BYD (H.K.) Co., Ltd. and BYD* | *Solar Science & Technology (Thailand) Ltd.,* |
| *America LLC* | *Trina Solar Energy Development Company* |
| | *Limited, and Trina Solar (Vietnam) Science &* |
| | *Technology Co., Ltd.* |

John B. Brew
Robert L. LaFrankie
Amanda S. Berman
Alexander H. Schaefer
Weronika Bukowski
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2720
jbrew@crowell.com

*Counsel to Invenergy Renewables LLC and*
*Invenergy Solar Equipment Management LLC*

Jeffrey S. Grimson
Kristin H. Mowry
Bryan P. Cenko
**MOWRY & GRIMSON, PLLC**
5335 Wisconsin Avenue, NW, Suite 810
Washington, D.C. 20015
(202) 688-3610
trade@mowrygrimson.com

*Counsel to JA Solar USA, Inc., JA Solar*
*Vietnam Company Limited, JA Solar Malaysia*
*Sdn. Bhd., JA Solar International Limited,*
*and the American Clean Power Association*

David M. Morrell
**JONES DAY**
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3652
dmorell@jonesday.com

*Counsel to Boviet Solar Technology Co., Ltd. and*
*Boviet Solar USA, Ltd.*

Gregory S. Menegaz
Alexandra H. Salzman
**THE INTER-GLOBAL TRADE LAW**
**GROUP, PLLC**
1156 Fifteenth Street, N.W.
Suite 1101
Washington, D.C. 20005
(202) 868-0300
gmenegaz@igtlaw.com

*Counsel to Risen Solar Technology Sdn. Bhd.*
*and Co-Counsel to Boviet Solar Technology*
*Co., Ltd. and Boviet Solar USA, Ltd.*

3

Ned H. Marshak*
Jordan C. Kahn
**GRUNFELD DESIDERIO LEBOWITZ
SILVERMAN & KLESTADT LLP**
*599 Lexington Avenue FL 36
New York, NY 10022-7648
(212) 557-4000
-and-
1201 New York Avenue NW Ste 650
Washington, DC 20005-3917
(202) 783-6881
nmarshak@gdlsk.com

*Counsel to Jinko Solar (U.S.) Industries Inc.,
JinkoSolar (U.S.) Inc., Jinko Solar Technology
Sdn. Bhd., Jinko Solar (Malaysia) Sdn. Bhd.,
JinkoSolar (Vietnam) Co., Ltd., JinkoSolar
Holding Co., Ltd., Jinkosolar Middle East
DMCC, Jinkosolar Investment Limited (f/k/a/
Jinkosolar Technology Limited), and Jinkosolar
(Vietnam) Industries*

Dated: September 16, 2025