**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE**

| | |
|---|---|
| AUXIN SOLAR, INC., and CONCEPT CLEAN ENERGY, INC., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES, et al., <br><br>Defendants, <br><br>and <br><br>AMERICAN CLEAN POWER ASSOCIATION, et al., <br><br>Defendant-Intervenors. | Court No. 23-00274 <br><br> PUBLIC VERSION <br><br> Confidential information removed from Exhibit 1 |

**DEFENDANT-INTERVENORS' UNOPPOSED MOTION FOR**
**SUSPENSION OF LIQUIDATION AND A STAY OF ENFORCEMENT**
**OF JUDGMENT PENDING APPEAL**

Pursuant to this Court's inherent authority to control the disposition of the cases on its docket and Rule 62(d) of this Court's rules, Defendant-Intervenors respectfully request that this Court stay enforcement of its August 22, 2025 judgment, as amended, in this matter pending final resolution of the litigation, including Defendant-Intervenors' appeal, which has been filed prior to submission of this motion. Consistent with common international trade practice, the stay Defendant-Intervenors are requesting is necessary to preserve the *status quo* through the litigation's duration and prevent irreparable harm to Defendant-Intervenors as appeal proceeds.

Defendant-Intervenors have conferred regarding this motion with counsel for the other parties and understand that counsel for Plaintiffs consents to the relief requested in this motion and counsel to the Government does not object to the motion. Correspondingly, we have agreed with counsel for both Plaintiffs and the Government to request that this Court's stay order also require

suspension of liquidation (without bond or further submission of cash deposits) for any unliquidated entries that would be covered by the terms of this Court's August 22 judgment, as amended. The enclosed proposed order reflects the precise suspension language agreed upon by the parties to effectuate the foregoing.

As explained in the enclosed Memorandum of Points and Authorities and accompanying Exhibit of Declarations, absent a stay, Defendant-Intervenors—and, indeed, members of the U.S. public whose livelihoods are tied to the health of the companies and U.S. investments affected by this Court's decision—will suffer significant and irreparable harm, regardless of the outcome of any appeal. Conversely, any harm to other parties from a stay would be minimal given that the claims here concern the now-ordered retroactive application of antidumping and countervailing duties to past entries of merchandise.

Given the effects of this Court's order, and relevant time constraints to avoid irreparable injury, Defendant-Intervenors intend to seek a stay from the Court of Appeals for the Federal Circuit (if needed) on October 2, 2025. Should this motion remain under consideration by this Court at that time, we will relay this Court's decision on the motion to the Federal Circuit immediately upon issuance.

A proposed order is enclosed.

Respectfully submitted,

| | |
|---|---|
| Matthew R. Nicely<br>Daniel M. Witkowski<br>Julia K. Eppard<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2001 K Street, N.W.<br>Washington, DC 20006<br>(202) 887-4046<br>mnicely@akingump.com<br><br>*Counsel to NextEra Energy, Inc. and Solar Energy Industries Association* | Jonathan T. Stoel<br>Michael G. Jacobson<br>Nicholas R. Sparks<br>Lindsay K. Brown<br>**HOGAN LOVELLS US LLP**<br>Columbia Square<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004-1109<br>(202) 637-6634<br>jonathan.stoel@hoganlovells.com<br><br>*Counsel to Canadian Solar (USA) Inc. and Canadian Solar International Limited* |
| Craig A. Lewis<br>Nicholas W. Laneville<br>Gregory M.A. Hawkins<br>**HOGAN LOVELLS US LLP**<br>Columbia Square<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004-1109<br>(202) 637-8613<br>craig.lewis@hoganlovells.com<br><br>*Counsel to BYD (H.K.) Co., Ltd. and BYD America LLC* | Jonathan M. Freed<br>Kenneth N. Hammer<br>MacKensie R. Sugama<br>**TRADE PACIFIC PLLC**<br>700 Pennsylvania Ave, SE<br>Washington, DC 20003<br>(202) 223-3760<br>jfreed@tradepacificlaw.com<br><br>*Counsel for Trina Solar (U.S.), Inc., Trina Solar Science & Technology (Thailand) Ltd., Trina Solar Energy Development Company Limited, and Trina Solar (Vietnam) Science & Technology Co., Ltd.* |
| John B. Brew<br>Robert L. LaFrankie<br>Amanda S. Berman<br>Alexander H. Schaefer<br>Weronika Bukowski<br>**CROWELL & MORING LLP**<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>(202) 624-2720<br>jbrew@crowell.com<br><br>*Counsel to Invenergy Renewables LLC and Invenergy Solar Equipment Management LLC* | Jeffrey S. Grimson<br>Kristin H. Mowry<br>Bryan P. Cenko<br>**MOWRY & GRIMSON, PLLC**<br>5335 Wisconsin Avenue, NW, Suite 810<br>Washington, D.C. 20015<br>(202) 688-3610<br>trade@mowrygrimson.com<br><br>*Counsel to JA Solar USA, Inc., JA Solar Vietnam Company Limited, JA Solar Malaysia Sdn. Bhd., JA Solar International Limited, and the American Clean Power Association* |

<div style="display: flex;">

David M. Morrell
**JONES DAY**
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3652
dmorell@jonesday.com

*Counsel to Boviet Solar Technology Co., Ltd. and Boviet Solar USA, Ltd.*

Gregory S. Menegaz
Alexandra H. Salzman
**THE INTER-GLOBAL TRADE LAW GROUP, PLLC**
1156 Fifteenth Street, N.W.
Suite 1101
Washington, D.C. 20005
(202) 868-0300
gmenegaz@igtlaw.com

*Counsel to Risen Solar Technology Sdn. Bhd. and Co-Counsel to Boviet Solar Technology Co., Ltd. and Boviet Solar USA, Ltd.*

</div>

Ned H. Marshak*
Jordan C. Kahn
**GRUNFELD DESIDERIO LEBOWITZ SILVERMAN & KLESTADT LLP**
*599 Lexington Avenue FL 36
New York, NY 10022-7648
(212) 557-4000
-and-
1201 New York Avenue NW Ste 650
Washington, DC 20005-3917
(202) 783-6881
nmarshak@gdlsk.com

*Counsel to Jinko Solar (U.S.) Industries Inc., JinkoSolar (U.S.) Inc., Jinko Solar Technology Sdn. Bhd., Jinko Solar (Malaysia) Sdn. Bhd., JinkoSolar (Vietnam) Co., Ltd., JinkoSolar Holding Co., Ltd., Jinkosolar Middle East DMCC, JINKOSOLAR INVESTMENT LIMITED (f/k/a/ Jinkosolar Technology Limited), and Jinkosolar (Vietnam) Industries*

Dated: September 18, 2025