### IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
### BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| AUXIN SOLAR, INC., and CONCEPT CLEAN ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, et al., <br><br> Defendants, <br><br> and <br><br> AMERICAN CLEAN POWER ASSOCIATION, et al., <br><br> Defendant-Intervenors. | Court No. 23-00274 |

### ORDER

Upon consideration of Defendant-Intervenors' unopposed motion for a stay of the enforcement of the judgment to Slip-Op. 25-111 entered on August 22, 2025, ECF Docket Entry 116, as amended on September 8, 2025, ECF Docket Entry 124, it is hereby

**ORDERED** that Defendant-Intervenors' motion is granted, and that enforcement of this Court's judgment and order, as amended on September 8, 2025, in this case are hereby stayed pending a final and conclusive judgment and the conclusion of all applicable appeals; and it is further

**ORDERED**, pending a final and conclusive judgment and the conclusion of all applicable appeals, that U.S. Customs and Border Protection shall suspend the liquidation of any currently unliquidated entries covered by the amended judgment of Slip Op. 25-111, and, thereafter, shall

liquidate such entries in accordance with the Tariff Act of 1930, as amended, and final and conclusive judgment in this action.

**SO ORDERED.**

Dated: September 24, 2025 　　　　　　　　　　　　/s/ Timothy M. Reif
　　　　New York, NY 　　　　　　　　　　　　　　　　　　JUDGE