IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| AUXIN SOLAR, INC., and CONCEPT CLEAN ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES *et al.*; <br><br> Defendants, <br><br> and <br><br> AMERICAN CLEAN POWER ASSOCIATION, *et al.*, <br><br> Defendant-Intervenors. | Court No. 23-00274 |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that defendants in the above-named case, the United States, the United States Department of Commerce, United States Customs and Border Protection, Secretary of Commerce Howard Lutnick, and Commissioner Rodney Scott, hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on August 22, 2025 (ECF No. 116), as amended on September 8, 2025 (ECF No. 124), pursuant to memorandum opinions and orders entered on May 9, 2024 (ECF No. 75) and August 22, 2025 (ECF Nos. 115, 122).

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

- 2 -

|  |  |
|---|---|
| | PATRICIA M. McCARTHY<br>Director |
| Of Counsel: | /s/ Tara K. Hogan<br>TARA K. HOGAN<br>Assistant Director |
| SPENCER NEFF<br>Attorney<br>Office of the Chief Counsel for<br>    Trade Enforcement and Compliance<br>United States Department of Commerce | /s/ Douglas G. Edelschick<br>DOUGLAS G. EDELSCHICK<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division |
| EMMA L. TINER<br>Attorney<br>Office of the Assistant Chief Counsel<br>U.S. Customs and Border Protection | United States Department of Justice<br>P.O. Box 480, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 353-9303 |
| October 15, 2025 | Attorneys for Defendants |